|                                              |   |                   |
|----------------------------------------------|---|-------------------|
|                                              | * | IN THE            |
|                                              | * | SUPREME COURT     |
| IN THE MATTER OF THE PETITION                | * | OF MARYLAND       |
| FOR REINSTATEMENT OF JASON                   |   |                   |
| ERIC FISHER TO THE BAR OF                    | * | AG No. 36         |
| MARYLAND                                     | * |                   |
|                                              |   | September Term, 2022 |
|                                              | * |                   |
|                                              | * |                   |

## ORDER

Upon consideration of the Verified Petition for Reinstatement of Jason Eric Fisher to the Bar of Maryland, Bar Counsel's response to the petition, and Mr. Fisher's reply to Bar Counsel's response, it is this 8th day of June 2023, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that the Petition is GRANTED, and the Petitioner, Jason Eric Fisher, is reinstated to the practice of law in this State, subject to the following condition:

> Within 45 days of the date of this Order, the Petitioner shall enter into a mental health monitor agreement with Bar Counsel pursuant to Maryland Rule 19-752(j), with a mental health monitor acceptable to Bar Counsel, and that the monitor agreement shall remain in effect until Bar Counsel recommends its termination and until further order of this Court, and it is further

ORDERED that, upon the parties providing proof that Petitioner has entered into a mental health monitor agreement with Bar Counsel, the Clerk of the Court shall replace the name Jason Eric Fisher upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk